# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALICE KING-COLLINS,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAL MANDA, *et al.*,<br><br>   Defendants. | 2:17-cv-01984-RFB-VCF<br>**ORDER** |

  Before the Court is *Alice King-Collins v. Michal Manda, et al.*, case number 2:17-cv-01984-RFB-VCF. Plaintiff filed a motion to proceed *in forma pauperis* on July 20, 2017. (ECF No. 1). The Court denied the motion to proceed *in forma pauperis* for failure to disclose information on her monthly expenses, dependent information, and debts. (ECF No. 3). King-Collins was ordered to complete all the questions in the application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee by September 6, 2017. *Id.*

  To date, King-Collins has not filed an amended application to proceed *in forma pauperis* or pay the filing fee. Hence, it would seem as though King-Collins has abandoned this litigation. A complaint has not been lodged in this matter since the application for *in forma pauperis* was denied and the filing fee was not paid.

  Accordingly,

  IT IS HEREBY ORDERED that Clerk of Court administratively close this case.

  DATED this 25th day of October, 2017.

                     _____
                     CAM FERENBACH
                     UNITED STATES MAGISTRATE JUDGE